UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETCHEN FERRANTE                 JURY TRIAL DEMANDED

v.                                         CASE NO.  3:13 cv

CONCORD SERVICING CORPORATION
D/B/A BLACKWELL RECOVERY

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. and the Connecticut Creditors' Collection Practices Act, Conn. Gen. Stat. § 36a-645 *et seq.* ("CCPA")

2. This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person who resides in Branford Connecticut.

4. Defendant Concord is an independent accounts receivable servicing company that provides a range of services, including billing, payment processing and receivables account management to numerous clients. Concord services more than 600,000 accounts receivable for its numerous clients.

5. Plaintiff received a collection letter dated May 16, 2013, from an entity named Blackwell Recovery regarding an alleged debt to her Condo Association.

6. The letter was sent by Concord, although it did not mention or refer to Concord.

7. Blackwell and Concord are unknown to plaintiff.

8. Concord claims it need not be licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking. Accordingly, it is a Creditor subject to the CCPA.

9.     The Blackwell letter violates the express "true name" prohibitions of the FDCPA and the CCPA.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff $1,000 statutory damages under each of the FDCPA and the CCPA.

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and further relief as law or equity may provide.

                              THE PLAINTIFF

*Joanne S. Faulkner*

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772-0395
      faulknerlawoffice@snet.net