UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRETCHEN FERRANTE, | : |
| Plaintiff, | : |
| v. | : No. 3:13-cv-00943-RNC |
| CONCORD SERVICING CORPORATION d/b/a BLACKWELL RECOVERY, | : JANUARY 21, 2014 |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, and without costs.

THE PLAINTIFF
GRETCHEN FERRANTE

By: /s/ Joanne S. Faulkner
Joanne S. Faulkner

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422
Tel: 203-772-0395
Email: faulknerlawoffice@snet.net

THE DEFENDANT
CONCORD SERVICING
CORPORATION d/b/a
BLACKWELL RECOVERY

By /s/ Jonathan D. Elliot
Jonathan D. Elliot

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-222-1489
Email: jelliot@znclaw.com

Date: _____

So ordered:

_____
U.S.D.J.